**Order**

**VIRGINIA:**

In the Court of Appeals of Virgina on Tuesday the 19th day of October, 1993.

Lonnie Jones, Appellant

against

Commonwealth of Virginia, Appellee

No. 2082-91-3

Before Chief Judge Moon, Judges Baker, Barrow, Benton, Coleman, Willis, Elder, Bray and Fitzpatrick.

Counsel

Richard A. DeLoria, for appellant.

Janet F. Rosser, Assistant Attorney General (Stephen D. Rosenthal, Attorney General, on brief), for appellee.

**UPON A REHEARING EN BANC**

Opinion

In *Jones v. Commonwealth,* 16 Va. App. 354, 429 S.E.2d 615 (1993), a majority of a panel of this Court reversed the judgment of the trial court as it pertained to Case No. CR91002806-02. Appellee's petition for rehearing *en banc* was granted and argued on September 10, 1993. Upon consideration whereof, we reverse the judgment of the trial court for those reasons set forth in the panel's majority opinion. Accordingly, the stay of this Court's May 11, 1993 mandate is lifted, and the mandate is reinstated.

Chief Judge Moon, Judges Baker and Elder would affirm the judgment of the trial court for those reasons set forth in the dissenting opinion of the panel's decision.

It is ordered that the trial court allow court-appointed counsel for the appellant an additional $200 for services rendered on the rehearing portion of this appeal, in addition to counsel's costs and necessary direct out-of-pocket expenses.